Steven S. Guy (#009106)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone: 602.382.6373
Fax: 602.382.6070
E-mail: sguy@swlaw.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZIONA

| | |
|---|---|
| PMA Capital Insurance Company, a Pennsylvania corporation, as successor-in interest to Caliber One Indemnity Company,<br><br>Plaintiff,<br><br>v.<br><br>Horizon Waste Services, Inc., an administratively dissolved Arizona Corporation; Beazer Homes Holdings Corp., a Delaware Corporation,<br><br>Defendants. | No. CV 2009-02071-PHX-ROS<br><br>**STIPULATION TO DISMISS WITH PREJUDICE**<br><br>(Assigned to the Honorable Roslyn O. Silver) |

Consistent with the settlement between the parties and Fed.R.Civ.P. 41(a)(1)(ii), the parties stipulate that the above-entitled action shall be dismissed with prejudice, with each of the parties to bear its own costs and attorneys' fees incurred herein.

RESPECTFULLY SUBMITTED this 7th day of July, 2010.

SNELL & WILMER L.L.P.

By    s/Steven S. Guy
Steven S. Guy
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Attorneys for PMA Capital Insurance Company

| | |
|---|---|
| 1 | KOELLER NEBEKER CARLSON & HALUCK, LLP |
| 2 | |
| 3 | By   s/Zahnie L. Soe Myint (w/permission) |
| 4 | Zahnie L. Soe Myint<br>3200 North Central Avenue, Suite 2300<br>Phoenix, AZ  85012 |
| 5 | Attorneys for Beazer Homes Holdings Corp. |

11710177.1